275 U.S. 507
 48 S.Ct. 158
 72 L.Ed. 397
 CHESAPEAKE & OHIO RAILWAY COMPANY, petitioner,
v.
K. S. LEITCH.*
 No. 98.
 Supreme Court of the United States
 December 12, 1927
 
 Mr. Douglas W. Brown, of Huntington, W. Va., for petitioner.
 Mr. Jonn H. Holt, of Huntington, W. Va., for respondent.
 
 
 1
 The judgment of the Supreme Court of Appeals of the State of West Virginia in this case is affirmed by an equally divided Court.
 
 
 
 *
 Rehearing granted 48 S. Ct. 213, 72 L. Ed. —, and judgment reversed 276 U. S. 429, 48 S. Ct. 336, 72 L. Ed. —.